**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULI ANN RAMIREZ,<br><br>Defendant. | CR 25-123-BLG-WWM<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Amend Judgment (Doc. 37). The government moves the Court to make the following changes: (1) check the box on page 3 indicating that Defendant Ramirez must pay restitution; (2) identify the amount of restitution awarded to the Social Security Administration and the State of Montana Department of Public Health and Human Services on page 6; (3) check Box A on page 7 that indicates the $100 special assessment is due immediately; (4) check Box B and C on page 7 to order the remaining payments be made in monthly installments of no less than $500, to begin 30 days after the date of the judgment; and (5) incorporate the payment rate of $500 per month into Special Condition # 3 on page 5. (*Id.* at 2–4).

1

The government's first three requests reflect components of the Court's judgment as stated in open court and, therefore, shall be granted pursuant to Federal Rule of Criminal Procedure 36.  However, imposition of a payment of at least $500 per month for restitution during the Defendant's term of supervised release would be inconsistent with the Court's oral pronouncement.  At sentencing, the Court modified the Special Condition located in paragraph 99 of the presentence report such that Defendant Ramirez is required to make payments at a rate directed by the United States Probation Office during the service of her sentence, rather than at a rate of $500 per month.  Therefore, the government's request to amend the judgment to impose a minimum payment of $500 per month beginning immediately shall be denied.

Accordingly, **IT IS HEREBY ORDERED** that the United States' motion (Doc. 37) is **GRANTED** in part and **DENIED** in part, as reflected in the Second Amended Judgment filed this day.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 24th day of April, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE